FILED
NOV 20 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN W. TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 08-383-ST |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ORDER |
| Defendant. | ) |

Tim D. Wilborn
Wilborn Law Office, P.C.
P.O. Box 2768
Oregon City, Oregon 97045

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - ORDER

Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

Carol A. Hoch
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

   Attorneys for Defendant

KING, Judge:

  The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on October 24, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

  Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#14).

  IT IS HEREBY ORDERED that the Commissioner's Motion to Dismiss (#8) is denied. This action is remanded to the Appeals Council for review pursuant to 20 C.F.R. §§ 404.967-.968.

DATED this 20th day of November, 2008.

        _____
        GARR M. KING
        United States District Judge