FILED
NOV 20 2008

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| STEVEN W. TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. 08-383-ST ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) JUDGMENT ) ) ) |
| Defendant. | ) ) ) |

Tim D. Wilborn
Wilborn Law Office, P.C.
P.O. Box 2768
Oregon City, Oregon  97045

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - JUDGMENT