FILED'09 FEB 18 08:13 USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STEVEN TAYLOR,**                                                                 CV # 08-383-ST

   Plaintiff,

vs.                                                                                ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

Attorney fees in the amount of $2,600.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 17 day of Feb., 2009.

_____
United States District / Magistrate Judge

Submitted on February 12, 2009 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1